IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PLAYBOY ENTERPRISES INTERNATIONAL, INC.,

    Plaintiff,

v.

ICEDOUT,

    Defendant.

Case No. 24-CV-12861

Honorable Joan B. Gottschall

## ORDER TO EXTEND THE TEMPORARY RESTRAINING ORDER

This Court having granted plaintiff's *ex parte* Motion to Extend the Temporary Restraining Order, it is ordered that the Temporary Restraining Order dated April 18, 2025, is extended for fourteen (14) days to and including May 16, 2025. A preliminary injunction hearing is tentatively set for May 16, 2025, at 10:30 am Central Standard Time. Any motion for preliminary injunction must be filed on or before May 12, 2025.

Any preliminary injunction hearing will be held by teleconference. Any written response to, or request for a hearing on, the anticipated motion for preliminary injunction must be received by 10:30 AM on May 14, 2025. If no written response or request for a hearing is received by the deadline, the tentative preliminary injunction hearing will be stricken, and the court will rule on the papers. A hearing may be requested by sending an email message copying all counsel of record to Chambers_Gottschall@ilnd.uscourts.gov.

The certificate of service accompanying any motion for preliminary injunction must demonstrate service of this order extending the temporary restraining order.

Date: May 8, 2025

/s/ Joan B. Gottschall
United States District Judge